IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| JOSEPH WAYNE COVERT,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF GAVIN ROSELLES,<br>UNDERSHERIFF KIM MICU, and<br>POWELL COUNTY,<br><br>Defendants. | Case No.: CV 22-52<br><br>ORDER |

The Parties, having filed a Stipulation for Dismissal with Prejudice,[1] and good cause appearing;

**ORDERED:**

This matter is Dismissed with Prejudice.

DATED this 23rd day of August 2023.

*Sam E Haddon*
Sam E. Haddon
United States District Court Judge

---

[1] Doc. 45.